# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DEBRICO MONTREAL WILLIAMS                                         PLAINTIFF

v.                           No. 4:18-cv-338-DPM

CHI ST. VINCENT HOSPITAL
and SHANE SPARKS, Doctor,
CHI St. Vincent Hospital                                         DEFENDANTS

## ORDER

Williams hasn't filed an amended complaint; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2018