# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DEBRICO MONTREAL WILLIAMS                                PLAINTIFF

v.                        No. 4:18-cv-338-DPM

CHI ST. VINCENT HOSPITAL
and SHANE SPARKS, Doctor,
CHI St. Vincent Hospital                                 DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2018